Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

STEVEN ALEXANDER BROWN
MAGEN DAWN BROWN

CASE NO: 11-70463-HDH-13

HEARING DATE:  1/16/2014

HEARING TIME:   10:00am

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor has failed to provide the following tax information to the Trustee:

2012 Tax Return per Order Compelling filed November 22, 2013.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

## IMPORTANT NOTICE

A HEARING WILL BE HELD 1/16/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

STEVEN ALEXANDER BROWN & MAGEN DAWN BROWN 4013 TAFT BLVD #C105  WICHITA FALLS TX 76308

HANK RUGELEY, ESQUIRE DAVISON RUGELEY LLP 900 EIGHTH STREET SUITE 1102 WICHITA FALLS TX 76301

KENT A BOWERSTOCK ESQUIRE DAVISON RUGELEY LLP 900 EIGHTH STREET  SUITE 1102 WICHITA FALLS TX 76301

Date:    <u>12/10/2013</u>                                         /s/ Walter O'Cheskey

                                                              _____

                                                              Walter O'Cheskey
                                                              Chapter 13 Trustee