

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2014**

**United States Bankruptcy Judge**

___

FORM 1213.209209

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
STEVEN ALEXANDER BROWN            CASE NO: 11-70463-HDH-13
MAGEN DAWN BROWN                  DATED: January 17, 2014
                                  HEARING DATE: January 16, 2014
                                  HEARING TIME: 10:00 AM

___

**ORDER DISMISSING CASE**
___

    On this day came on to be heard the Trustee's Motion to Dismiss Chapter 13 Proceeding. It appears to the Court that due notice has been given to Debtor(s) and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It is further appearing that Dismissal of this case is in the best interest of the creditors and the estate:

    IT IS THEREFORE ORDERED, that the above proceeding be, and hereby is in all things DISMISSED, without prejudice, and

    IT IS FURTHER ORDERED that the Chapter 13 Trustee shall disburse all funds on hand in accordance with the Standing Order 2009-03.

    IT IS FURTHER ORDERED that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this Order.

    IT IS FURTHER ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

  cc:  MONTE J WHITE
        ATTORNEY AT LAW
        1106 BROOK AVE HAMILTON PLACE
        WICHITA FALLS TX 76301-0000

```
                            United States Bankruptcy Court
                              Northern District of Texas
In re:                                                             Case No. 11-70463-hdh
Steven Alexander Brown                                             Chapter 13
Magen Dawn Brown
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0539-7          User: ctello                Page 1 of 2               Date Rcvd: Jan 23, 2014
                              Form ID: pdf022             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2014.
db/jdb       #+Steven Alexander Brown,   Magen Dawn Brown,    4013 Taft Blvd #C105,
               Wichita Falls, TX 76308-3051
14409903     +Asset Acceptance-Samuels,    PO Box 2036,   Warren, MI 48090-2036
15773758     +Attorney General of Texas,    Region 9 Bankruptcy Section,   2001 Beach Street, Suite 700,
               Fort Worth, TX 76103-2315
14409907     +Chase Home Finance, LLC,    3415 Vision Drive,   Columbus, OH 43219-6009
14409906     +Chase Home Finance, LLC,    CO BarrettDaffinFrappierTurner Engel,   15000 Surveyor Ste 100,
               Addison, TX 75001-4417
14409908     +City of WF, WFISD, Wichita County,    CO Perdue Brandon Fielder Collins Mott,   P.O. Box 8188,
               Wichita Falls, Texas 76307-8188
14409909      Clinics of North Texas,    PO Box 97547,   Wichita Falls, TX 76307-7547
14409910     +Executive Services-Kell West,    1200 Austin St.,   Wichita Falls, TX 76301-4623
14409911     +I C System Inc-La Casa Dental,    PO Box 64378,   Saint Paul, MN 55164-0378
14611605     +Integrity Texas Funding,    3440 Preston Ridge Rd. , Suite 500,   Alpharetta, GA 30005-3823
14409913     +Jefferson Capital Sys-Care Credit,    PO Box 7999,   Saint Cloud, MN 56302-7999
14409914      Kell West Regional,   5420 Kell West Blvd,    Wichita Falls, TX 76310
14433816     +Lone Star,   3310 Kemp Blvd,    Wichita Falls, TX 76308-1834
14409917     +Michael J. Scott, PC,    1120 Metrocrest Dr, Ste 100,   Carrollton, TX 75006-5862
14409918     +Monte J. White & Associates,    1106 Brook Ave,   Wichita Falls TX 76301-5009
14409920      NCO-Medclr-KTX Emerg,    PO Box 8547,   Philadelphia, PA 19101
14409919     +National Recovery-Columbia House,    2491 Paxton St.,   Harrisburg, PA 17111-1036
14420724    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
14409921     +Portfolio Rec Assoc, LLC-Sears,    PO Box 41067,   Norfolk, VA 23541-1067
14409922     +Postel Family Credit Union,    PO Box 4825,   Wichita Falls, TX 76308-0825
14409923      Reliant Energy,   PO Box 4932,    Houston, TX 77210-4932
14409924     +Richard K. Bowersock,    Davison Rugeley,   700 8th Street, Ste 1102,
               Wichita Falls, TX 76301-6510
14409925     +Santander Consumer USA,    PO Box 961245,   Fort Worth, TX 76161-0244
14409926     +Service Merchandise-Samuels,    PO Box 182124,   Columbus, OH 43218-2124
14409928     +Sun Loan Company,    3146 5th St Ste H,   Wichita Falls, TX 76301-1827
14409929    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,   SUITE 400,   NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court: Triad Financial Corporation,    5201 Rufe Snow Dr. Ste 400,
               North Richland Hills, TX 76180)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14589275       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2014 23:19:56
               American InfoSource LP as agent for,    Reliant Energy,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14409904     +E-mail/PDF: bk@worldacceptance.com Jan 23 2014 23:21:12      Capitol Loans,
               3401 Kemp Blvd, Ste N,   Wichita Falls, TX 76308-1800
14409905     +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2014 23:19:47      Care Credit-GEMB,
               Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
14409912      E-mail/Text: cio.bncmail@irs.gov Jan 23 2014 23:12:18      IRS Special Procedures,
               1100 Commerce St., Room 951,   Mail Stop 5029 DAL,   Dallas, TX 75246
14409915     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2014 23:21:20
               Lvnv Funding LLC-Sears,   PO Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14409916    ##+Magen Dawn Brown,   4013 Taft Blvd, Apt C105,   Wichita Falls, TX 76308-3051
14409927    ##+Steven Alexander Brown,   4013 Taft Blvd, Apt C105,   Wichita Falls, TX 76308-3051
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0539-7          User: ctello              Page 2 of 2              Date Rcvd: Jan 23, 2014
                              Form ID: pdf022           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2014 at the address(es) listed below:
              Hank   Rugeley    on behalf of Creditor    Postel Family Credit Union hanktdf@sbcglobal.net,
               davisonrugeley@sbcglobal.net;kellyenox@sbcglobal.net
              Kent Andrew Bowersock     on behalf of Creditor    Postel Family Credit Union
               kentbowersock@sbcglobal.net,
               davisonrugeley@sbcglobal.net;hankrugeley@sbcglobal.net;kellyenox@sbcglobal.net
              Monte J. White    on behalf of Joint Debtor Magen Dawn Brown legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              Monte J. White    on behalf of Debtor Steven Alexander Brown legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                           TOTAL: 6
```